MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
   San Francisco, CA 94102
   415-436-7180
   charles.oconnor@usdoj.gov

Attorneys for the Defendants

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDING RANCHERIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH SALAZAR, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Case No. 11-1493 (SC) <br><br> **STIPULATION AND REQUEST OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Scheduled Date: July 22, 2011 |

    IT IS HEREBY STIPULATED and requested by the parties, through their respective undersigned counsel, that the case management conference now set for July 22, 2011 be continued for approximately 60 to allow time for the parties to prepare and submit cross-motions for summary judgment. The parties believe that the filing of their cross-motions for summary judgment should eliminate the need for conducting a case management conference.

    This is an action brought under the Administrative Procedure Act, and in support of the parties' request, counsel for the defendants represents that the defendants expect to file the administrative record with the Court within 30 days of the date of this request.

    Counsel for the plaintiff represents that the plaintiff intends to file its motion for summary judgment not later than 30 days after of the date defendants file the administrative record.

-2-

1   For all the forgoing reasons the parties respectively ask that the case management
2   conference be continued approximately 60 days
3
4                                      Respectfully submitted,
5   Dated: July 11, 2011               MELINDA L. HAAG
                                       United States Attorney
6
7                                      _____/s/_____
                                       CHARLES M. O'CONNOR
8                                      Assistant United States Attorney
9
                                           Attorneys for the United States
10
11  Dated: July 11, 2011               RAPPORT AND MARSTON
12
13                                     _____/s/_____
                                       LESTER J. MARSTON
14
15                                         Attorneys for Plaintiff
16
                                    **ORDER**
17
18      IT IS SO ORDERED.   The case management conference in the above-captioned case is
19  continued to ____9/23_____,2011.
20
21  Dated: July 14, 2011
                                       _____
22                                     UNITED STATES DISTRICT JUDGE
                                       Northern District of California
23
                                       *IT IS SO ORDERED*
                                       *Judge Samuel Conti*
24
25
26
27
28

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Civil Case No. 11-1493 (SC)                                                    -2-