1   LESTER J. MARSTON, California State Bar No. 081030
    DAVID J. RAPPORT, California State Bar No. 054384
2   RAPPORT AND MARSTON
    405 West Perkins Street, P.O. Box 488
3   Ukiah, CA 95482
    Telephone: 707-462-6846
4   Facsimile:  707-462-4235
    e-mail: marston1@pacbell.net
5           drapport@pacbell.net

6   TRACY EDWARDS, California Bar No. 195402
    NEAL MALMSTEN, California Bar No. 237487
7   OFFICE OF THE TRIBAL ATTORNEY
    REDDING RANCHERIA
8   2000 Redding Rancheria Road
    Redding, CA 96001
9   Telephone: 530-225-8979
    Facsimile: 530-241-1879
10  e-mail: tracye@redding-rancheria.com
            nealm@redding-rancheria.com
11
    SARA DUTSCHKE SETSHWAELO, California Bar No. 244848
12  SNR DENTON US LLP
    525 Market Street, 26th Floor
13  San Francisco, CA 94105-2708
    Telephone: 415-882-5000
14  Facsimile: 415-882-0300
    e-mail: sara.setshwaelo@snrdenton.com
15

    Attorneys for Plaintiff
16  Redding Rancheria

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

| | | |
|---|---|---|
| REDDING RANCHERIA, | ) | Case No. CV 11-01493 SC |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR FILING OF OVERSIZED |
| | ) | BRIEFS, SCHEDULING BRIEFING, AND |
| v. | ) | ORDER THEREON |
| | ) | |
| KENNETH SALAZAR, in his official capacity as the Secretary of the United States Department of the Interior, and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs for the United States Department of the Interior, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties, recognizing the complexity of the issues raised in this case, the size of the administrative record, and given the fact that this case raises legal issues of first impression that have never been addressed by a federal court before, hereby stipulate, by and through their respective undersigned legal counsel, as follows:

1. On or before September 30, 2011, the plaintiff and defendants will file their cross-motions for summary judgment pursuant to Fed. R. Civ. P. 56, together with supporting memoranda of points and authorities and appropriate supporting documents with this Court. Each moving party may file an oversized memorandum of points and authorities not to exceed thirty-five (35) pages in length.

2. On or before October 28, 2011, any party may file a memorandum of points and authorities in opposition to the other party's motion for summary judgment not to exceed twenty-five (25) pages, pursuant to Civil Local Rule ("L.R.") 7-3(a).

3. On or before November 14, 2011, any moving party responding to a brief filed in opposition to a motion for summary judgment may file a reply brief not to exceed fifteen (15) pages, pursuant to Civil Local Rule ("L.R.") 7-3(c).

4. The parties respectfully ask the Court to set December 2, 2011, at 10:00 a.m. for the hearing of their cross-motions for summary judgment.

5. In view of the parties stipulation to the foregoing briefing schedule for cross-motions for summary judgment, the parties respectfully ask the Court to vacate the Case Management Conference on the calendar for September 23, 2011.

6. With the filing of this Stipulation, the parties request that the Court enter an order approving the Stipulation.

DATED: September 12, 2011        RAPPORT AND MARSTON

                                 By: /s/_____
                                 Lester J. Marston
                                 Attorneys for Plaintiff Redding Rancheria

//
//
//

| | | |
|---|---|---|
| 1 | DATED: September 12, 2011 | MELINDA L. HAAG<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/ _____<br>CHARLES M. O'CONNOR, |
| 4 | | Assistant U. S. Attorney |
| 5 | | IGNACIA S. MORENO<br>Assistant Attorney General |
| 6 | | MATTHEW M. MARINELLI (ILBN 6277967)<br>United States Department of Justice |
| 7 | | Trial Attorney |
| 8 | | Attorneys for the Defendants |

**O R D E R**

Having read the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' request to file oversized briefs, follow the briefing schedule set forth herein above, set the hearing of their cross-motions for December 2, 2011 at 10:00 a.m., and vacate the Case Management Conference scheduled on September 23, 2011, in accordance with the above Stipulation, is hereby approved.

DATED: __9/13_____, 2011

_____
SAMUEL CONTI
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Samuel Conti*