IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING RANCHERIA, | ) Case No. 11-1493 SC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| KENNETH SALAZAR, in his official capacity as the Secretary of the United States Department of the Interior, and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs for the United States Department of the Interior, | ) |
| Defendants. | ) |

On February 16, 2012, this Court issued an Order regarding the parties' cross-motions for summary judgment, in which the Court granted Defendants' motion and denied Plaintiff's motion.  ECF No. 27 ("Order").  Pursuant to that Order, the Court hereby enters judgment in favor of Defendants Kenneth Salazar, in his official capacity as the Secretary of the United States Department of the Interior, and Larry Echo Hawk, in his official capacity as the Assistant Secretary for Indian Affairs for the United States

///
///
///
///

1 Department of the Interior, and against Plaintiff Redding
2 Rancheria.
3
4     IT IS SO ORDERED, ADJUDGED, AND DECREED.

10     Dated: February 16, 2012



11     UNITED STATES DISTRICT JUDGE