IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING RANCHERIA, | Case No. 11-1493 SC |
| Plaintiff, | ORDER REMANDING TO DEPARTMENT OF THE INTERIOR |
| v. | |
| SALLY JEWELL, in her official capacity as the Secretary of the United States Department of the Interior, and KEVIN K. WASHBURN, in his official capacity as the Assistant Secretary for Indian Affairs for the United States Department of the Interior,[1] | |
| Defendants. | |

On March 20, 2015 the Court received the mandate of the Ninth Circuit in the above-captioned case. ECF No. 34 ("Mandate"). The mandate and opinion of the Ninth Circuit, ECF No. 33 ("Opinion") affirmed in part and reversed in part the Court's order granting summary judgment to Defendants Sally Jewell and Kevin K. Washburn. ECF No. 34 ("Mandate"). Specifically, the Ninth Circuit affirmed the Court's judgment "insofar as it upholds the Secretary's denial of the Tribe's application to operate multiple casinos on restored lands." Opinion at 18. The judgment was reversed in part, however, with instructions to "remand to the agency for

---

[1] Secretary Jewell and Assistant Secretary Washburn are automatically substituted for their predecessors pursuant to Federal Rule of Civil Procedure 25(d).

consideration of the Tribe's proposal to close its existing gaming operation upon construction of a new facility." Id. at 18-19.

Accordingly, consistent with the Ninth Circuit's mandate and opinion, this case is REMANDED to the Department of the Interior to consider the Tribe's proposal.

IT IS SO ORDERED.

Dated: March 24, 2015

/s/ Samuel Conti

UNITED STATES DISTRICT JUDGE

2